MINNESOTA BOARD OF MEDICAL EXAMINERS, Respondent,

v.

Thomas E. MURR, D.C., Appellant.

No. 81–657.

Supreme Court of Minnesota.

Oct. 25, 1982.

Rehearing Denied Nov. 29, 1982.

William Starr, Minneapolis, for appellant; Messerli, Roe, Balogh & Kramer, Minneapolis, of counsel.

Warren Spannaus, Atty. Gen., St. Paul, and John A. Breviu, Sp. Asst. Atty. Gen., Minneapolis, for respondent.

Thompson, Nielsen, Klaverkamp & James, Richard J. Keenan and Roger Zahn, Minnesota Board of Chiropractic Examiners, Minneapolis, for amicus curiae.

ORDER

This court being evenly divided as to the disposition of the above-entitled matter, IT IS HEREBY ORDERED:

The decision of the trial court is hereby affirmed.

COYNE, J., took no part in the consideration of this case.